John J. Clark, Respondent, v. Isaac Lowenfeld, Appellant, Impleaded with William Prager, Defendant.— Judgment so far as appealed from reversed, the action severed, and a new trial ordered as to defendant Isaac Lowenfeld, with costs to the appellant to abide the event, on the ground that the verdict

directed is against the weight of the credible evidence. Present — Dowling, P. J., Merrell, Martin, O'Malley and Proskauer, JJ.